**CANEX INTERNATIONAL LUMBER SALES, LTD., Plaintiff– Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–1512.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2011.

Joel R. Junker, Joel R. Junker & Associates, of Seattle, Washington, argued for plaintiff-appellant.

Barbara S. Williams, Attorney in Charge, International Trade Field Office, United States Bureau of Customs and Border Protection, of New York, New York, argued for defendant-appellee. With her on the brief were Chi S. Choy; and Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Aimee Lee, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

Before RADER, Chief Judge, MOORE, Circuit Judge and AIKEN, Chief Judge.*

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

* Honorable Ann Aiken, Chief Judge, United States District Court for the District of Oregon, sitting by designation.